Opinion issued September 16, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00396-CR

———————————

JAMES
ANDREW GANN, Appellant

V.

The State of
Texas, Appellee



 



 

On
Appeal from the 268th District Court

Fort
Bend County, Texas



Trial
Court Case No. 53073A

 



MEMORANDUM OPINION

          On August 16, 2010, appellant filed a
motion to dismiss the above referenced appeal. 
The motion complies with the Texas Rules of Appellate Procedure.  See
Tex. R. App. P.
42.2(a).

 

We have not yet issued
a decision.  Accordingly, the motion is granted and the appeal is dismissed.

We deny any pending
motions as moot.

The Clerk is directed to issue mandate within 10 days of the
date of this opinion.  Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Hanks
and Massengale.

Do not publish. 
 Tex. R. App. P. 47.2(b).